IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL THERESA SMITH,                      )
                                          )        2:03-cv-02570-GEB
                    Plaintiff,            )
                                          )
        v.                                )        ORDER
                                          )
SAN JOAQUIN COUNTY SHERIFF'S              )
SERGEANT WILLIAM DORCEY; and              )
SAN JOAQUIN COUNTY SHERIFF'S              )
DEPUTY MICHAEL VAN GROUW,                 )
                                          )
                    Defendants.           )
_____    )

        The motions in limine filed on September 27, 2005, are
denied since they are untimely and were not filed as prescribed in
Section II of the Final Pretrial Order.

        IT IS SO ORDERED.

DATED:  September 30, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge